**Order filed January 12, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00262-CV

_____

## DAVID HILTON AND CINDY HILTON, Appellants

## V.

## 5J OILFIELD SERVICES, LLC, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 12750-D**

## O R D E R

Having just dismissed the cross-appeal pursuant to the motion filed by Appellee, 5J Oilfield Services, LLC, we now turn our attention to the unopposed motion to abate this appeal that was filed by Appellants, David Hilton and Cindy Hilton. In the motion, Appellants state that the parties have reached a resolution of the matters at dispute in this appeal, and they request that we temporarily abate this

appeal to allow the parties time to finalize the settlement documents. Appellants also state that Appellee does not oppose the motion to abate.

Accordingly, we grant the Appellants' unopposed motion and abate this appeal, and we abate the appeal for sixty days from the date of this order—unless the parties notify this court sooner that they have finalized the settlement. The parties are instructed to (1) notify this court immediately upon the finalization of their settlement agreement and (2) file an appropriate motion in this court based upon any such agreement. If the parties have not notified this court on or before March 13, 2023, that a final settlement agreement has been reached, this proceeding will be reinstated and Appellants' brief will be due thirty days after reinstatement.

It is so ordered.

PER CURIAM

January 12, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.